# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Northern Division

Kim Daniel Kubczak
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Bay County Sheriff Department
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 1:21-cv-11804
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-29-2021 At 12:19 PM
CMP KIM KUBCZAK V BAY COUNTY SHERIFF DEPT (SS)

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**    Kim Kubczak

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Kim Kubczak
Street Address  297 State Park Drive
City and County Bay City  Bay County
State and Zip Code  Mich. 48706
Telephone Number  989-684-3317
E-mail Address  Kimkubczak@gmail.com

**B.    The Defendant(s)**    Bay County Sheriff Department

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Bay County Sheriffs Department
Job or Title *(if known)*
Street Address 503 3rd St.
City and County Bay City   Bay County
State and Zip Code Mich.  48708
Telephone Number 989-895-4050
E-mail Address *(if known)*

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

American with Disabilities Act

Rehabilitation Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"see attached"

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages
5000.00 → lawyers
555.09 → court costs
200.00 → anger management

Punitive Damages = 30,000.00 → "deliberate indifference"
ADA Lawyer fees for Policies, Procedures, Training in effect Aug. 23, 2018 → reviewing and modifying

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-29-2021

Signature of Plaintiff  *Kim D. Kubczak*

Printed Name of Plaintiff  Kim Kubczak

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Statement of Claims

1. On 8-23-18 Deputy Berg lied in police report case #1810905916. He was working for Bay County Sheriff Department. My wife, Marcy Kubczak, told him I had severe hearing problem repeatedly. Deputy Berg said nothing. The other deputy with him said "I don't know what you are trying to pull. He can hear fine." Deputy Berg stated in police report -- Kim told me he had very bad hearing and I asked him if he was hearing aids which he said he was. This never happened.

2. I was discriminated against because I have a nonvisible disability.

    Because I lost my hearing at 15 years old my speech is good. I read lips but cannot get every word spoken, which would lead to miscommunication in an interview. I wear one hearing aid. It helps but does not take care of hearing problem. I have no hearing in my right ear and about 25% hearing in left ear. I will enclose my hearing test from Bay Area Hearing.

3. After my wife told them of my severe hearing disability, Deputy Berg did not ask how I would like to communicate with them.

    I would have told them I wanted them to write questions out. If Deputy Berg would have asked me about the "random witness" I could have told him that he was with the woman in Walmart's lot. He slid into driver's seat after the woman got out to confront me. He was the one that followed me to nearby lot. I told him to "stop following me." In the 2 hour gap in time that took deputies to get to Walmart, the man portraying himself as "random witness" had talked to Deputy Berg on the phone and said I had repeatedly pushed the woman with my van and I had told him "stop following me or I will kill you." This man is an ex-convict and knew how to get me in trouble with deputies.

4. The people involved that did not have hearing disabilities were able to communicate with the deputies better than I was. It should have been equal.

When I parked I saw by lip-reading the woman across from me was cursing at me and very angry. When I walked by her car I ask her what the problem was. I could see she was so angry that I decided to move to another area of lot because I was afraid they were going to damage my van when I was in the store. Because of what the ex-convict that was with the woman had told deputies it was a very tense time in garage. I could tell deputies were on high alert and I did not know why. I totally cooperated with them and was trying to lip-read as best I could. Because it was so tense I did not tell them I was hearing impaired. After they put handcuffs on me, that is when I told them to tell my wife in the house what was going on. She came out and repeatedly told them I had severe hearing disability.

5. My hearing disability contributed to my being arrested for felonious assault with dangerous weapon. The deputies' refusal to acknowledge I had hearing disability contributed to my arrest.

Deputy Berg had watched the video. My wife did not know what had happened and the deputy wanted her to ask me questions of her own. I told Deputy Berg

I saw woman hit my passenger window quickly with her hand. I said I did not know where woman was after that. Somehow when I said she had hit my van, Deputy Berg took it that I knew I was hitting the woman as I was backing up. It wasn't until I saw video months later that I saw I had hit woman as she was trying to take picture of my license plate at back of van. In police report Deputy Berg asked if I had heard anyone screaming. I told him I had not. Not only I would not have heard because of hearing problem but also windows were rolled up and air-conditioning was on in my van. I had accidentally hit her when backing up and they were saying I intentionally hit her when backing up.

6. After arrested I was not given telecommunication device for hard of hearing to call my wife. Deputy Berg told my wife several times I was going to be able to call her on phone. Both times my wife told them I could not hear on the phone. That was the last thing she told them as we were leaving. They had me try to call my wife first time and I could hear nothing and I hung up. Employee must have realized there was problem and put phone call to my wife- handed phone to me and I still could not hear anything.



JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Kim Daniel Kubczak

### DEFENDANTS
Bay County Sheriff Department

**(b)** County of Residence of First Listed Plaintiff: Bay
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Bay
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
989-684-3317 Kim Kubczak 297 State Park Dr. Bay City, Mich. 48706 Pro Se

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES

### IV. NATURE OF SUIT
[X] 446 Amer. w/Disabilities - Other

U U 6

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Title II of the Americans with Disabilities Act; Section 504 Rehabilitation Act 1973

Brief description of cause: Title II - of state and local governments. programs, services, activities accessible to disabled; disabled not excluded agency receiving federal funds

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [ ] Yes [X] No

### VIII. RELATED CASE(S) IF ANY

DATE: 7-29-2021
SIGNATURE OF ATTORNEY OF RECORD: /Kim D. Kubczak/ Pro Se

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes : _____

